IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Sherman Division

| | |
|---|---|
| DEVIN G. NUNES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-cv-00608-ALM |
| ) | |
| ) | |
| NBCUNIVERSAL MEDIA, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

# NOTICE CONCERNING
# PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

Plaintiff, Devin G. Nunes ("Plaintiff"), by counsel, pursuant to Local Civil Rule 26(c), files Notice that Plaintiff's disclosures required by Rule 26(a)(1) Fed. R. Civ. Pro. ("FRCP") have taken place.

DATED:   November 19, 2021

Signature of Counsel on Next Page

1

DEVIN G. NUNES

By: <u>*/s/ Madhu S. Sekharan*</u>
Madhu S. Sekharan, Esquire
Texas Bar No. 24072332
16614 Radiant Lilac Trail
Cypress, TX 77433-6365
Mobile: 832-920-1515
Office: 281-304-6369
MSekharanAttorney@outlook.com

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Motion for Admission Pro Hac Vice
To be Filed*)

*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2021 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the parties and all interested parties receiving notices via CM/ECF.

By: <u>/s/ *Madhu S. Sekharan*</u>
Madhu S. Sekharan, Esquire
Texas Bar No. 24072332
16614 Radiant Lilac Trail
Cypress, TX 77433-6365
Mobile: 832-920-1515
Office: 281-304-6369
MSekharanAttorney@outlook.com

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
(*Motion for Admission Pro Hac Vice
  To be Filed*)

*Counsel for the Plaintiff*